HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
DONTE ROBINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-cr-00024-GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: June 1, 2018 |
| DONTE ROBINS, et al., | ) | TIME: 9:00 a.m. |
| | ) | JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel,

Assistant United States Attorney TIMOTHY DELGADO, Assistant Federal Defender LINDA C.

ALLISON, attorney for DONTE ROBINS, ETAN ZAITSU, attorney for JOSHUA

MARKANSON, that the status conference currently set for June 1, 2018, be vacated and

continued to August 24, 2018, at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, May

22, 2018 through August 24, 2018 should be excluded from the time calculations under the

Speedy Trial Act. 18 U.S.C. § 3161.

Defense counsel Linda Allison will be out of the office from late May through July. All

parties will need additional time to review the discovery and conduct an investigation. The

parties therefore stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation May 22, 2018 to August 24, 2018 under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Dated:  May 22, 2018                                Respectfully submitted,


                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

                                                    */s/ Linda C. Allison*
                                                    LINDA C. ALLISON
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    DONTE ROBINS


Dated:  May 22, 2018                                /s/ Etan Zaitsu
                                                    ETAN ZAITSU
                                                    Attorney for JOSHUA MARKANSON



Dated: May 22, 2018                                 McGREGOR W. SCOTT
                                                    United States Attorney


                                                    */s/ Linda C. Allison for*
                                                    TIMOTHY DELGADO
                                                    Assistant United States Attorney

/ / /

/ / /

/ /

/ /

/ /

/ /

/ /

/ /

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for June 1, 2018 at 9:00 a.m. be vacated and continued to August 24, 2018 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though August 24, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  May 24, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge