UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 5, 2018
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DONTE ROBINS

Defendant.

Case No. 2:18-cr-00024-GEB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release DONTE ROBINS

Case No. 2:18-cr-00024-GEB Charge 18 USC § 371, 922(a)(1)(A), 2, 28 USC § 5861(d), 5861(i) from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

X Unsecured Appearance Bond $ 25,000 co-signed by sureties stated on the record.

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

X (Other): Defendant to be released November 6, 2018 at 9:00 AM. Pretrial Release conditions as stated on the record in open court.

Issued at Sacramento, California on November 5, 2018 at 2:00 PM

By: _[signature]_

Magistrate Judge Kendall J. Newman