Etan Zaitsu [SBN 287106]
Attorney-at-Law
1107 Ninth Street, Suite 625
Sacramento, CA 95814
916.542.0270

Attorney for Defendant
JOSHUA MARKANSON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONTE ROBINS,<br>ISAIAH BURKS,<br>RAYSHAWN WRAY, AND<br>JOSHUA MARKANSON,<br><br>    Defendants. | Case No.: 2:18-CR-00024 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE: January 11, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

Defendants Donte Robins, Isaiah Burks, Rayshawn Wray, and Joshua Markanson, through their counsel of record, and the United States of America, through its undersigned counsel, stipulate that the status conference currently set for January 11, 2019 be continued to April 12, 2019, at 9:00 a.m.

In March 2018, Mr. Robins and Mr. Markanson were arraigned on the nine-count Superseding Indictment. (ECF Nos. 15, 21, 22.) Mr. Burks was arraigned in May 2018 (ECF No. 37.), while Mr. Wray was arraigned in November 2018 (ECF. No. 6.) The government originally produced to defense counsel the discovery relevant to this case. This includes 139 pages of written materials and roughly 130 photos, as well as fifteen compact disks containing dozens of audio and video files.

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

In mid-November, the government produced additional *Brady v. Maryland*, 373 U.S. 83 (1963), and *Giglio v. United States*, 405 U.S. 150 (1972) discovery regarding a former ATF agent involved in the present case who is under investigation. Defense counsel will require time to review these new materials, as well as the materials already produced, time to conduct research and investigation about the charged offenses and potential defenses, and time to otherwise prepare for trial.

Based on the foregoing, defendants Robins, Burks, Wray and Markanson (through counsel) stipulate that the status conference currently set for January 11, 2019, be continued to April 12, 2019, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including April 12, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)[reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: January 9, 2019　　　　　　　　　　*/s/ Timothy H. Delgado*
　　　　　　　　　　　　　　　　　　　　TIMOTHY H. DELGADO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff United States

Dated: January 9, 2019　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Donte Robins

Dated: January 9, 2019　　　　　　　　　　*/s/ Philip Cozens*
　　　　　　　　　　　　　　　　　　　　Philip Cozens
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Isaiah Burks

Dated: January 9, 2019　　　　　　　　　　*/s/ Etan Zaitsu*
　　　　　　　　　　　　　　　　　　　　ETAN ZAITSU
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Joshua Markanson

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE

Dated: January 9, 2019　　　　　　　　　　　*/s/ Todd Leras*
　　　　　　　　　　　　　　　　　　　　TODD LERAS
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Rayshawn Wray

## [PROPOSED] ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including April 12, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the January 11, 2019 status conference be continued until April 12, 2019, at 9:00 a.m.

Dated: January 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge