HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Linda_Allison@fd.org

Attorney for Defendant
DONTE ROBINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00024-GEB |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| DONTE ROBINS, | |
| Defendant. | Judge: Hon. Carolyn K. Delaney |

The defendant, DONTE ROBINS, has been supervised by pretrial service since November 6, 2018. His conditions have been modified once before. That modification was last February and changed his curfew hours. There have been no violations of his pretrial conditions. Mr. Robins attends BCC court regularly and is expected to graduate in a few months. He is actively seeking employment, although his disability (he is completely blind) makes the job search challenging.

The parties have consulted with the Pretrial Services Officer Renee Basurto. We all agree that the conditions of pretrial release should be modified. We all agree that the location monitoring device and the curfew are no longer necessary pretrial release

conditions. Accordingly, we are asking the Court to remove those conditions and keep in place the remaining conditions. A copy of the Amended Conditions of Supervised Release is attached to this stipulation. That attachment was prepared by the Pretrial Services Agent and agreed to by the parties.

Dated: July 10, 2019            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Attorney for Defendant
DONTE ROBINS

Dated: July 10, 2019            McGREGOR W. SCOTT
United States Attorney

*/s/ Timothy Delgado*
Assistant United States Attorney

O R D E R

IT IS SO ORDERED.

Dated: July 12, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE