McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0024-GEB |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO CONTINUE STATUS CONFERENCE AS TO DEFENDANTS ROBINS, BURKS, AND MARKANSON |
| v. | |
| DONTE ROBINS, ISAIAH BURKS, RAYSHAWN WRAY, and JOSHUA MARKANSON, | Date: August 16, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

The United States of America, through its undersigned counsel, and defendants Donte Robins, Isaiah Burks, Rayshawn Wray, and Joshua Markanson, through their counsel of record, stipulate that the status conference currently set for August 16, 2019, be continued to October 4, 2019, at 9:00 a.m.

In March 2018, Mr. Robins and Mr. Markanson were arraigned on the nine-count Superseding Indictment. (ECF Nos. 15, 21, 22.) Mr. Burks and Mr. Wray were arraigned separately, in May and November 2018, respectively. (ECF Nos. 37, 64.) The government has produced discovery to defense counsel that includes 139 pages of written materials and roughly 130 photos, as well as fifteen compact disks containing dozens of audio and video files.

In late June 2019, the government made available for physical inspection all of the firearms and magazines purchased as part of this investigation. The parties are now scheduling a time in the coming

weeks for defense counsel to inspect the remaining physical evidence collected in this case.

Based on the foregoing, defendants Robins, Burks, Wray, and Markanson (through counsel) stipulate that the status conference set for August 16, 2019, be continued to October 4, 2019, at 9:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including October 4, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated:  August 15, 2019            */s/ Timothy H. Delgado*
                                   TIMOTHY H. DELGADO
                                   Assistant United States Attorney
                                   Attorney for Plaintiff United States

Dated:  August 15, 2019            */s/ THD for Linda C. Allison*
                                   LINDA C. ALLISON
                                   Assistant Federal Defender
                                   Attorney for Defendant Donte Robins

Dated:  August 15, 2019            */s/ THD for Philip Cozens*
                                   PHILIP COZENS
                                   Attorney for Defendant Isaiah Burks

Dated:  August 15, 2019            */s/ THD for Todd D. Leras*
                                   TODD D. LERAS
                                   Attorney for Defendant Rayshawn Wray

Dated:  August 15, 2019            */s/ THD for Etan Zaitsu*
                                   ETAN ZAITSU
                                   Attorney for Defendant Joshua Markanson

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including October 4, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 16, 2019 status conference be continued until October 4, 2019, at 9:00 a.m.

Dated: August 15, 2019

GARLAND E. BURRELL, JR.
Senior United States District Judge