| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0024-GEB |
|---|---|
| Plaintiff, | STIPULATION AND (PROPOSED) ORDER TO ADVANCE STATUS CONFERENCE |
| v. | Date: October 18, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| DONTE ROBINS,<br>ISAIAH BURKS,<br>RAYSHAWN WRAY, and<br>JOSHUA MARKANSON, | |
| Defendants. | |

The United States of America, through its undersigned counsel, and defendants Donte Robins, Isaiah Burks, Rayshawn Wray, and Joshua Markanson, through their counsel of record, stipulate that the status conference currently set for October 18, 2019, be advanced by one week, to October 11, 2019, at 9:00 a.m.

On October 2, 2019, the undersigned government counsel erroneously filed a stipulation and (proposed) order that asked the Court to continue the October 4 status hearing by two weeks to October 18. (Dkt. No. 97.) The Court granted the request the next day. (Dkt. No. 98.)

Prior to the filing, the parties had discussed their availability, and while October 18 was initially proposed as a status date, due to counsel's unavailability on that date, October 11 was agreed upon as a mutually agreeable date. The undersigned government counsel erroneously filed a prior draft version of

STIPULATION AND (PROPOSED) ORDER
TO ADVANCE THE STATUS CONFERENCE

1

the stipulation and (proposed) order that identified October 18 as the status date, rather than the correct date of October 11, which is the only date that all four defense counsel are available.

Because this matter is currently calendared for October 18 (Dkt. No. 98), the parties are asking to advance the matter by one week, to October 11. One of the four defendants (Rayshawn Wray) will be entering a change of plea on that date, and the remaining parties will ask to set trial dates.

Time under the Speedy Trial Act has already been excluded through October 18, 2019, and thus, no exclusion of time is necessary.

Respectfully submitted,

Dated: October 10, 2019  /s/ Timothy H. Delgado
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: October 10, 2019  /s/ THD for Linda C. Allison
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant Donte Robins

Dated: October 10, 2019  /s/ THD for Philip Cozens
PHILIP COZENS
Attorney for Defendant Isaiah Burks

Dated: October 10, 2019  /s/ THD for Todd D. Leras
TODD D. LERAS
Attorney for Defendant Rayshawn Wray

Dated: October 10, 2019  /s/ THD for Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant Joshua Markanson

STIPULATION AND (PROPOSED) ORDER
TO ADVANCE THE STATUS CONFERENCE

2

## ORDER

The Court, having received and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court orders that the status conference currently set for October 18, 2019 be advanced by one week, to October 11, 2019, at 9:00 a.m. Time under the Speedy Trial Act has already been excluded through this date.

Dated: October 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge